IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JIMMY L. FLOWERS,

      **Plaintiff,**

v.                                    Case No. 1:17cv86-MW/CAS

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

      **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 28. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security benefits is **AFFIRMED** and Judgment is entered for the Defendant." The Clerk shall close the file.

**SO ORDERED on February 21, 2018.**

                                                        s/Mark E. Walker         
                                                        **United States District Judge**